Norma Brown GRIFFIN; Under Seal;
Under Seal, Plaintiffs–Appellants,

v.

Rocco Samuel FUCILLO, Commissioner, West Virginia Department of Health and Human Services; Douglas M. Robinson, Deputy Commissioner, WV DHHR; Sue Hage, Deputy Commissioner, WV DHHR; Ronald M. Anderson, Deputy Commissioner, WV DHHR; Jane McCallister, Director of Child Protective Services; Joe W. Bullington, Region IV Director, WV DHHR; Russ Fridley, Supervisor, CPS Worker, Greenbrier County; Jeff Pomeroy, Supervisor, CPS Greenbrier County; Mary Treece, CPS Worker, Greenbrier County; Rich Hulmes, CPS Worker, Greenbrier County; Da-

vina Agee, CPS Worker, Greenbrier County; Nancy Exline, Deputy Commissioner, WV DHHR, Defendants–Appellees.

No. 12–2576.

United States Court of Appeals, Fourth Circuit.

Submitted May 13, 2013.

Decided June 5, 2013.

Norma Brown Griffin, Under Seal, Under Seal, Appellants Pro Se. Charlene Ann Vaughan, Deputy Attorney General, Charleston, West Virginia, for Appellees.

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norma Brown Griffin, UNDER SEAL, and UNDER SEAL appeal the district court's order accepting in part the recommendation of the magistrate judge and dismissing Griffin's motion for injunctive relief for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis on appeal and affirm for the reasons stated by the district court. *Griffin v. Fucillo*, No. 5:12–cv–04223 (S.D.W. Va. Nov. 20, 2012; Nov. 28, 2012). We deny the Appellees' motion to dismiss and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*